UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                            Plaintiff,    **NOTICE OF APPEARANCE**

      -against-                              NO.1:21-CR-026

ROHAN LYTTLE

                            Defendants.

------------------------------------------------------------------------ x

        PLEASE TAKE NOTICE, that I represent defendant, ROHAN LYTTLE, in the above-referenced case. I am not admitted to practice in this district and will file an application for Pro Hoc Vice admission on this matter. I respectfully request this Court accept this Notice for Mr. Lyttle's arraignment and that the Clerk of the Court note my appearance in this case and add me as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:     Brooklyn, New York
              March 31, 2021

                                          Respectfully submitted,

                                          ____s/_____
                                          ANDREW S. RENDEIRO, ESQ.
                                          *Attorney for Defendant*
                                          16 Court Street, Suite 1717
                                          Brooklyn, New York 11241
                                          (718) 237-1901 and (917) 541 3686
                                          asrendeiro@yahoo.com