# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-CR-0026-02 |
| | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| ROHAN LYTTLE, | : | |
| | : | |
| Defendant(s) | : | |

## ORDER

The defendant(s) having appeared on **March 31, 2021** and having tendered a plea(s) of not guilty to the superseding indictment, **IT IS ORDERED** that the jury selection and trial date for the defendant is scheduled for **9:30 a.m. on June 7, 2021**, in Courtroom Number 2, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Trial will commence following jury selection or following previously scheduled criminal trials.  An additional scheduling order will be entered by the District Court.

Date: __3-31-2021__

s/ *Martin C. Carlson*

_____
Martin C. Carlson
United States Magistrate Judge