IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00026 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| ROHAN LYTTLE | : | (Electronically Filed) |

## MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TO CONTINUE JURY SELECTION AND TRIAL

AND NOW, comes the defendant, Rohan Lyttle, by his attorneys pending *pro hac vice* approval, Andrew S. Rendeiro and Christopher Wright, and files this Motion to Continue Pretrial Motions Deadline and to Continue Jury Selection and Trial, and in support thereof avers as follows:

1. On February 17, 2021, Rohan Lyttle was charged in three counts on the instant indictment with conspiracy to commit wire and mail fraud in violation of 18 U.S.C. §1349 (Count 1); mail fraud in violation of 18 U.S.C. §1341 (Count 5) and, wire fraud in violation of 18 U.S.C. §1343 (Count 6).

2. On March 31, 2021, Rohan Lyttle appeared before the Honorable Martin C. Carlson and entered a plea of not guilty to the indictment.

3. Trial is scheduled for June 7, 2021, and pretrial motions are due on or before April 21, 2021.

4. As plea negotiations in this matter are ongoing, it is respectfully requested that the deadline for filing pretrial motions be continued for 60 days and that trial be scheduled thereafter.

5. Assistant United States Attorney Ravi R. Sharma, Esq., concurs in this continuance

request.

WHEREFORE, for the foregoing reasons, the defendant, Rohan Lyttle, respectfully requests that this Honorable Court grant his Motion to Continue Pretrial Motions Deadline and to Continue Jury Selection and Trial.

Date: April 20, 2021

Respectfully submitted,

*/s/ Andrew S. Rendeiro*
ANDREW S. RENDEIRO PC
16 Court Street, Suite 1717
Brooklyn, NY 11241
Tel. No. (718) 237-1901
*asrendeiro@yahoo.com*
*Attorney for Rohan Lyttle*


*/s/ Christopher Wright*
Law Office of Christopher Wright PC
305 Broadway, Suite 1001
New York, NY 10007
Tel. No. (212) 822-1419
*wrightlawnyc@gmail.com*
*Attorney for Rohan Lyttle*

## **CERTIFICATE OF SERVICE**

We, Andrew S. Rendeiro and Christopher Wright, do hereby certify that I served a copy of the foregoing **Motion to Continue Pretrial Motions Deadline and to Continue Jury Selection and Trial**, via Electronic Case Filing.

Date: April 20, 2021

Respectfully submitted,

*/s/ Andrew S. Rendeiro*
ANDREW S. RENDEIRO PC
16 Court Street, Suite 1717
Brooklyn, NY 11241
Tel. No. (718) 237-1901
*asrendeiro@yahoo.com*
*Attorney for Rohan Lyttle*


*/s/ Christopher Wright*
Law Office of Christopher Wright PC
305 Broadway, Suite 1001
New York, NY 10007
Tel. No. (212) 822-1419
*wrightlawnyc@gmail.com*
*Attorney for Rohan Lyttle*
