IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00026 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| ROHAN LYTTLE | : | (Electronically Filed) |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ROHAN LYTTLE

AND NOW, comes the defendant, Rohan Lyttle, by his attorneys Andrew S. Rendeiro and Christopher Wright, and files this Motion to Withdraw as Counsel for Defendant Rohan Lyttle, avers as follows:

1. On January 25, 2021, a criminal complaint was filed against Rohan Lyttle charging him Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C.

On February 17, 2021, Rohan Lyttle was charged in three counts on the instant indictment with conspiracy to commit wire and mail fraud in violation of 18 U.S.C. §1349 (Count 1); mail fraud in violation of 18 U.S.C. §1341 (Count 5) and, wire fraud in violation of 18 U.S.C. §1343 (Count 6).

2. Andrew Rendeiro and Christopher Wright were retained by Rohan Lyttle for legal representation in the above captioned case.

3. The attorney-client relationship has been irretrievably broken.

4. Communications between both counsel and the client, Mr. Lyttle, has broken down to the point where effective and zealous representation is impossible and we can no longer represent Mr. Lyttle.

5. We have advised Mr. Lyttle that there are irreconcilable differences and that the undersigned would petition this Court for leave to withdraw as counsel.

6.     The client, Mr. Lyttle, consents to the instant motion and no longer wants the undersigned as his legal representation.

7.     We therefore, respectfully request that we be relieved as counsel for defendant Rohan Lyttle.

8.     Assistant United States Attorney Ravi R. Sharma, Esq., has been made aware of our request to withdraw as counsel and he graciously does not oppose the instant motion.

WHEREFORE, Andrew Rendeiro and Christopher Wright respectfully requests that this Honorable Court grant their Motion to Withdraw as Counsel.

Date: August 15, 2021

Respectfully submitted,

*/s/ Andrew S. Rendeiro*
ANDREW S. RENDEIRO PC
16 Court Street, Suite 1717
Brooklyn, NY 11241
Tel. No. (718) 237-1901
*asrendeiro@yahoo.com*
*Attorney for Rohan Lyttle*

*/s/ Christopher Wright*
CHRISTOPHER WRIGHT LAW PC
305 Broadway, Suite 1001
New York, NY 10007
Tel. No. (212) 822-1419
*wrightlawnyc@gmail.com*
*Attorney for Rohan Lyttle*