IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-CR-26** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ROHAN LYTTLE,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 19th day of August, 2021, upon consideration of the motion (Doc. 47) to withdraw as counsel filed by Andrew Rendeiro, Esquire, and Christopher Wright, Esquire, who have been retained by defendant Rohan Lyttle as counsel in the above-captioned action, and it appearing from counsel's motion that there has been an irretrievable breakdown in the attorney-client relationship, that there are irreconcilable differences between counsel and Lyttle, that Lyttle consents to the instant motion, and that he no longer wants Attorney Rendeiro and Attorney Wright as his legal representation, (see Doc. 47 ¶¶ 3-6), and it further appearing that the government concurs in the instant motion, (see id. ¶ 8), and the court finding that good cause for withdrawal exists for the reasons stated in the motion, see PA. R. PROF'L CONDUCT 1.16(b)(7); see also LOCAL RULE OF COURT 83.23.2, but also mindful of the issue of continuity of counsel, and, in that regard, the court concluding that we require a current financial affidavit from Lyttle to determine whether Lyttle is financially eligible for appointed counsel under the Criminal Justice Act, 18 U.S.C. § 3006A, or otherwise require an expression of intent to retain successor counsel or

to proceed *pro se*, before terminating Attorney Rendeiro and Attorney Wright as counsel of record, it is hereby ORDERED that:

1. The Clerk of Court shall provide a Financial Affidavit Form (CJA-23) to Attorney Rendeiro and Attorney Wright.

2. Attorney Rendeiro and Attorney Wright shall provide the Financial Affidavit Form (CJA-23) to Lyttle for completion and shall return the completed form to the court within 14 days of the date of this order.

3. The court will review Lyttle's Financial Affidavit Form (CJA-23) promptly upon receipt thereof and, if Lyttle is deemed financially eligible, will appoint successor counsel to represent Lyttle.

4. In the event Lyttle does not seek appointment of counsel and instead intends to retain successor counsel or proceed *pro se*, Lyttle shall so notify the court within 14 days of the date of this order.

5. Attorney Rendeiro and Attorney Wright's motion (Doc. 47) to withdraw as counsel shall be held temporarily in abeyance pending receipt and review of the updated financial affidavit.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania