# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:21-CR-26** |
| : | |
| v. : | **(Judge Conner)** |
| : | |
| **ROHAN LYTTLE,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 14th day of September, 2021, upon consideration of the motion (Doc. 48) to withdraw as counsel filed by Andrew Rendeiro, Esquire, and Christopher Wright, Esquire, who have been retained by defendant Rohan Lyttle as counsel in the above-captioned action, as well as the court's order (Doc. 48) of August 19, 2021, holding counsel's motion in abeyance, given continuity of counsel concerns, pending receipt and review of an updated financial affidavit from Lyttle or notification from Lyttle that he does not seek appointment of counsel and instead intends to retain successor counsel, and further upon consideration of counsel's letters (Docs. 50, 51) advising the court that Lyttle has reported that he has retained new counsel but has, to date, declined to disclose the identity of same, and the court noting that Lyttle has not advised the court of his intent to retain successor counsel, nor has successor counsel entered an appearance on Lyttle's behalf, it is hereby ORDERED that:

1. On or before **Tuesday, September 28, 2021**, Lyttle shall either (1) obtain qualified counsel and direct counsel to enter an appearance in the above-captioned action, or (2) file with the court a notice of intent to proceed *pro se*.

2. If Lyttle fails to comply with the requirements set forth in paragraph 1, the court will schedule a hearing and direct Lyttle to show cause why he should not be deemed to have elected to proceed *pro se*.

3. The Clerk of Court is directed to mail a copy of this order to Lyttle.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania