# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-CR-26** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ROHAN LYTTLE,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 19th day of October, 2021, upon consideration of the court's order (Doc. 48) of August 19, 2021, wherein the court found that good cause exists to allow Andrew Rendeiro, Esquire, and Christopher Wright, Esquire, to withdraw as counsel to defendant Rohan Lyttle, but further concluded, given continuity of counsel concerns and the need for an updated financial affidavit to determine Lyttle's present eligibility for appointed counsel, that Attorneys Rendeiro and Wright should not be terminated as counsel of record until Lyttle submits an updated financial affidavit for the court's consideration or notifies the court of his retention of successor counsel or, alternatively, his desire to proceed *pro se*, and it appearing that Lyttle has advised Attorneys Rendeiro and Wright that he has since retained successor counsel, but that nearly two months have passed without new counsel entering an appearance, it is hereby ORDERED that Lyttle shall appear before the court on **November 5, 2021, at 2:30 p.m.**, in Courtroom #2, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner
      United States District Judge
      Middle District of Pennsylvania