IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
           vs.                    :          NO. 1:21-CR-26
                                  :
ROHAN LYTTLE                      :          (Judge Christopher C. Conner)
           Defendant              :

## **DEFENDANT'S MOTION TO CONTINUE TRIAL**

TO THE HONORABLE CHRISTOPHER C. CONNER, JUDGE OF SAID COURT:

AND NOW, comes Rohan Lyttle, Defendant above named, by his attorneys, Jerry J. Russo, Esquire, and Tucker Arensberg, PC, who files the following MOTION TO CONTINUE TRIAL, and in support thereof avers the following:

1.    On February 17, 2021 an Indictment was filed against Mr. Lyttle charging him with:   Count 1 - Conspiracy to Commit Wire Fraud and Mail Fraud; at Counts 2-4 and Count 5 - Mail Fraud and at Count 6 - Wire Fraud.

2.    Trial in this matter is scheduled for March 7, 2022.

3.    Undersigned counsel entered his appearance on December 1, 2021, with the Court.

4.    Undersigned counsel is requesting a 30 day continuance to allow the parties to engage in plea discussions to attempt to negotiate a non-trial disposition of the case.

5    Assistant United States Attorney Sharma Federal Public Defender Lori J. Ulrich concur in undersigned counsel's request to continue trial in this matter for 30 days.

WHEREFORE, it is respectfully requested that the March 7, 2022 trial date be continued until the April, 2022 trial term of court.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

Date: 02/25/2022

*Jerry J. Russo*
Jerry J. Russo, Esquire
Attorney I.D. #55717
2 Lemoyne Drive, Ste. 200
Lemoyne, PA 17043
(717) 234-4121
Attorney for Defendant, Rohan Lyttle

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing document

upon the person(s) and in the manner indicated below.

**Service via ECF electronic filing:**

Ravi Romel Sharma, Assistant U.S. Attorney
Office of the United States Attorney
Federal Building, Ste. 217
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108

Lori J. Ulrich, Assistant Federal Public Defender
Federal Public Defender's Office
100 Chestnut Street, 3rd Floor
Harrisburg, PA   17101

TUCKER ARENSBERG, P.C.

*Jerry J. Russo*
Jerry J. Russo, Esquire
Attorney I.D. #55717
Attorney for Defendant, Rohan Lyttle

Date:   02/25/2022