IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : NO. 1:21-CR-26 |
| | : |
| ROHAN LYTTLE | : (Judge Christopher C. Conner) |
| Defendant | : |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

TO THE HONORABLE CHRISTOPHER C. CONNER, JUDGE OF SAID COURT:

AND NOW, comes Rohan Lyttle, Defendant above named, by his attorneys, Jerry J. Russo, Esquire, and Tucker Arensberg, PC, who files the following MOTION TO CONTINUE TRIAL, and in support thereof avers the following:

1. On February 17, 2021 an Indictment was filed against Mr. Lyttle charging him with: Count 1 - Conspiracy to Commit Wire Fraud and Mail Fraud; at Counts 2-4 and Count 5 - Mail Fraud and at Count 6 - Wire Fraud.

2. Trial in this matter is scheduled for April 4, 2022.

3. Undersigned counsel entered his appearance on December 1, 2021, with the Court.

4. Undersigned counsel is requesting the matter be continued until the June trial term to allow the parties sufficient time to complete discovery and prepare for trial.

5  Assistant United States Attorney Ravi R. Sharma and Federal Public Defender Lori J. Ulrich (counsel for Co-Defendant Caron Pitter) concur in undersigned counsel's request to continue trial in this matter until the June trial term.

WHEREFORE, it is respectfully requested that the April 4, 2022 trial date be continued until the June, 2022 trial term of court.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

Date: 03/31/2022

*Jerry J. Russo*
Jerry J. Russo, Esquire
Attorney I.D. #55717
2 Lemoyne Drive, Ste. 200
Lemoyne, PA 17043
(717) 234-4121
Attorney for Defendant, Rohan Lyttle

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing document upon the person(s) and in the manner indicated below.

**Service via ECF electronic filing:**

Ravi Romel Sharma, Assistant U.S. Attorney
Office of the United States Attorney
Federal Building, Ste. 217
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108

Lori J. Ulrich, Assistant Federal Public Defender
Federal Public Defender's Office
100 Chestnut Street, 3rd Floor
Harrisburg, PA   17101

TUCKER ARENSBERG, P.C.

*Jerry J. Russo*
Jerry J. Russo, Esquire
Attorney I.D. #55717
Attorney for Defendant, Rohan Lyttle

Date:   03/31/2022