# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIM. NO. 1:21-CR-26-2** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| | : | **(Magistrate Judge Carlson)** |
| **ROHAN LYTTLE** | : | |

## O R D E R

This case comes before us for consideration of a motion seeking revocation or amendment of the conditions of the defendant's pre-trial release. (Doc. 85). Upon full consideration of the positions of the parties and the facts proffered to the court, IT IS ORDERED that this motion is GRANTED in part as follows:

The curfew and related physical location monitoring conditions previously set in this case are VACATED. All other conditions of pre-trial release, including pre-trial services supervision, travel restrictions, computer monitoring, and the absolute and total prohibition on weapons possession, drug use, and contact with co-defendants including Caron Pitter remain in effect. Any violation of these conditions is to be immediately reported to the undersigned so that a warrant may issue.

So ordered this 27th day of May 2022.

                                                            */s/ Martin C. Carlson*
                                                            Martin C. Carlson
                                                            United States Magistrate Judge